# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2014

## NO. 03-13-00562-CV

**Favor Ministries, Inc., Appellant**

**v.**

**Buttross V, Inc., Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on July 16, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to that court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.